373 A.2d 1120

Commonwealth v. Davis, Appellant.

Submitted June 28, 1976. Nicholas A. Clemente, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1120

Commonwealth v. DeWitt, Appellant.

Submitted September 13, 1976. Lois B. Anderson and Ralph W. D. Levan, Assistant Public Defenders, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.